**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE No.        23-50164 (JAM) |
| MITCHELL E. GREEN, | ) | |
| | ) | CHAPTER      7 |
| DEBTOR. | ) | |
| | ) | RE: ECF No.    141 |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO LIQUIDATE BROKERAGE ACCOUNT, TO PAY REGULATORY FEES, AND FOR ORDER COMPELLNG TURNOVER OF FUNDS**

On January 21, 2026, Kara S. Rescia, the Chapter 7 trustee (the "Trustee") filed a Motion for Authority to Liquidate Brokerage Account, to Pay Sales Regulatory Fees, and For Order Compelling Turnover of Funds (the "Motion," ECF No. 141) pursuant to the Court's Contested Matter Procedure, *see* D. Conn. Bankr. L. R. 9014-1.  In the Motion, the Trustee is requesting to liquidate the Merrill CMA Edge brokerage account in the name of Mitchell E. Green (the "Debtor").  No objections to the Motion were filed.

After notice and an opportunity for a hearing, *see* 11 U.S.C. § 102(1), and because (i) the Debtor's interest in the Brockerage Account is property of the estate, *see* 11 U.S.C. § 541(a); and (ii) the Trustee has the duty to collect and reduce to money the property of the estate, *see* 11 U.S.C. § 704(a)(1), it is hereby

**ORDERED**:  Pursuant to 11 U.S.C. §§ 541(a) and 704(a)(1), Merrill Lynch is directed to liquidate the Merrill CMA Edge brokerage account ending in 5x36 held in the name of the Debtor Mitchell E. Green (the "Brokerage Account"); and it is further

**ORDERED**:  Merrill Lynch is authorized to deduct any regulatory fees required by the Securities Exchange Commission, which range on average from one to three cents per holding,

from the Brokerage Account prior to remitting the balance to the Bankruptcy Estate; and it is further

ORDERED: Pursuant to 11 U.S.C. § 543(b), Merrill Lynch is hereby directed to turn over the net proceeds from the liquidation of the Brokerage Account with an accounting to Kara S. Rescia, Chapter 7 Trustee, 5104A Bigelow Commons, Enfield, Connecticut 06082.

Dated at Bridgeport, Connecticut this 17th day of February, 2026.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

2